UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ELOY JOHNSON, | No. 2:17-cv-1960 AC P |
| Petitioner, | |
| v. | ORDER |
| ANDRE MATEVOUSIAN, et al., | |
| Respondents. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is incarcerated at the United States Prison (USP) in Atwater, California, serving a sentence imposed by the United States District Court for South Carolina. With this petition, petitioner challenges a restitution payment taken from his prison trust account at USP Atwater.

Atwater is located in Merced County, California, which is within the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

////

////

1

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>   United States District Court
>   Eastern District of California
>   2500 Tulare Street
>   Fresno, CA 93721

DATED: September 25, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE